# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1121
_____

S.S. and K.M., Parents of W.S.
and B.S., Minor Children,

    Appellants,

    v.

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Anthony B. Miller, Judge.

November 15, 2024

PER CURIAM.

    DISMISSED.

B.L. THOMAS, ROBERTS, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Sidney L. Matthew, Sidney L. Matthew, P.A., Tallahassee; and William Stephen Black II, Tallahassee, for Appellants.

Sara Elizabeth Goldfarb, Statewide Director, and Sarah Todd Weitz, Senior Attorney, Tallahassee, for Statewide Guardian ad Litem Office.

Sarah J. Rumph, Children's Legal Services, Tallahassee, for Appellee.